UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

YENSY CONTRERAS, ET AL.,

           Plaintiffs,

   - against -

KALALOU, INC.,

           Defendant.

---

22-cv-452 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

    The plaintiffs filed an affidavit of service indicating that the defendant's answer was due by March 9, 2022. See ECF No. 5. The time for the defendant to answer is extended to April 1, 2022. If the defendant fails to answer by that date, the plaintiffs may seek a default judgment.

SO ORDERED.

Dated:    New York, New York
           March 16, 2022

                                        John G. Koeltl
                                United States District Judge