**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
YENSY CONTRERAS,

                          Plaintiff,

          -against-

KALALOU, INC.,

                        Defendant.

------------------------------------------------------------x

22-CV-452 (OTW)

**ORDER**

**ONA T. WANG, United States Magistrate Judge:**

Plaintiff's request to strike ECF 11 from the docket is **GRANTED**. The Clerk of Court is respecfully directed to strike ECF 11 from the docket.

**SO ORDERED.**

Dated: April 8, 2022
       New York, New York

*s/ Ona T. Wang*
**Ona T. Wang**
United States Magistrate Judge